## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## Civil Action No. 5:24-cv-00251

| | |
|---|---|
| **DEREK SLAUGHTER,** | |
| **Plaintiff,** | **DEFENDANTS' MOTION TO DISMISS** |
| **v.** | **PLAINTIFF'S COMPLAINT** |
| **THE CITY OF NEWTON, THE NEWTON POLICE DEPARTMENT, DONALD BROWN, VIDAL SIPE, MARK BEAL, TIMOTHY HAYES, BRIAN KELLY, and JONATHAN FRANKLIN.** | |
| **Defendants.** | |

Pursuant to 12(b)(6) of the Federal Rules of Civil Procedure, Defendants City of Newton ("City"), Newton Police Department ("Newton Police"), Donald Brown ("Brown"), Vidal Sipe ("Sipe"), Mark Beal ("Beal"), Timothy Hayes ("Hayes"), Brian Kelly ("Kelly"), and Jonathan Franklin ("Franklin") (together, the "Defendants"), respectfully move this Court to dismiss Plaintiff Derek Slaughter's ("Plaintiff") Complaint, because Plaintiff has failed to plausibly state a claim upon which relief can be granted. In support of this Motion, and for the reasons more fully explained in the Memorandum of Law in Support of this Motion, filed contemporaneously herewith, Defendants show the following:

1.      Newton Police is not an independent legal entity with the capacity to sue or be sued. As such, the Court should dismiss all claims against Newton Police.

2.      Plaintiff brings claims against Brown, Sipe, Beal, Hayes, Kelly, and Franklin in their individual and official capacities. The official capacity claims should be dismissed as

duplicative as Plaintiff brought the same claims against the City by whom these Defendants were employed and for whom they were working in their official capacities.

3.      Plaintiff's individual capacity claims against Brown, Sipe, Beal, Hayes, Kelly, and Franklin should be dismissed as Plaintiff has failed to allege facts sufficient to show these Defendants acted personally in depriving Plaintiff of any rights.

4.      Plaintiff identifies conduct as far back as 2016 as the basis for his claims. To the extent Plaintiff's claims rely on allegations outside the applicable statutes of limitations, those claims should be dismissed as time barred.

5.      Plaintiff has failed to allege facts sufficient to show he had a constitutionally protected right to run for public office and that Defendants deprived him of this right while acting under color of state law. As such his 42 U.S.C. § 1983 – First Amendment claim should be dismissed as to all Defendants.

6.      Plaintiff's retaliation claim under N.C.G.S. § 12-223 should be dismissed as N.C.G.S. § 12-223 does not exist. Further, the statute Plaintiff likely intended to cite, N.C.G.S. § 14-223, is a criminal statute that does not allow for a private cause of action.

7.      Plaintiff's retaliation claim under N.C.G.S. § 160A-169 should similarly be dismissed as Plaintiff fails to provide sufficient facts to support his claim Defendants terminated his employment in violation of public policy; specifically, N.C.G.S. § 95-126 (the "Occupational Safety and Health Act of North Carolina").

8.      Plaintiff's civil conspiracy claim should be dismissed as to Defendants as Plaintiff has failed to provide sufficient facts to Brown, Beal, and Hayes had an agreement to unlawfully discipline him.

9.      Plaintiff has failed to allege Defendants committed a tortious act resulting in injury to Plaintiff, that Defendants were incompetent, and that the City knew or had reason to know of the incompetence. As such, Plaintiff's negligent retention and supervision claim should be dismissed.

10.     Plaintiff's 42 U.S.C. § 1983 – *Monell* liability claim also fails as Plaintiff failed to identify the specific City policy he contends resulted in his injury. Instead, Plaintiff merely offers conclusory statements in support of this and all his claims.

**WHEREFORE**, Defendants respectfully request the Court grant their Motion to Dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

Respectfully submitted this the 11th day of February, 2025.

**JACKSON LEWIS, P.C.**


*/s/ Kathleen K. Lucchesi*
Kathleen K. Lucchesi
N.C. State Bar No. 24386
Daniel Q. Leake II
N.C. State Bar No. 58370
200 South College Street, Suite 1550
Charlotte, NC  28202
Telephone: (980) 465-7245
Facsimile: (704) 333-7764
kathleen.lucchesi@jacksonlewis.com
daniel.leake@jacksonlewis.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:24-cv-00251**

**DEREK SLAUGHTER,**

**Plaintiff,**

**v.**

**CERTIFICATE OF SERVICE**

**THE CITY OF NEWTON, THE NEWTON
POLICE DEPARTMENT, DONALD
BROWN, VIDAL SIPE, MARK BEAL,
TIMOTHY HAYES, BRIAN KELLY, and
JONATHAN FRANKLIN.**

**Defendants.**

The undersigned hereby certifies that on February 11, 2025, a true and correct copy of the above and foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** was electronically filed utilizing the Court's CM/ECF system, which will automatically send notice to the following:

Alyssa Sanchez Wright
Nicholas A. White
King Law Offices, P.C.
1351 N. Center Street
Hickory, North Carolina 28601
asanchez@kinglawoffices.com
nwhite@kinglawoffices.com
*Attorneys for Plaintiff*

**JACKSON LEWIS, P.C.**

*s/ Kathleen K. Lucchesi*
Kathleen K. Lucchesi (NCSB No. 24386)
200 South College Street, Suite 1550
Charlotte, NC 28202
Telephone: (980) 465-7245
Facsimile: (704) 333-7764
kathleen.lucchesi@jacksonlewis.com